# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

Clifford W. Taylor,
Chief Justice

132731

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 132731
COA: 263437
Wayne CC: 04-012503-01

ERIC DWAYNE DAVENPORT,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

Clerk

s0319